Dea1 1-22-2015

MR. LEW DUNN
APPELLANT ATTORENEY
AT P.O. BOX 2226
LONGVIEW TEXAS 75606

RECEIVED IN
The Court of Appeals
Sixth District

FEB 0 2 2015

Texarkana, Texas
Debra Autrey, Clerk

FROM: Defendant client
ESAW LAMPKIN TDCJ # 1912325
Clements unit
9601 SPUR 591
Amarillo, Tx 79107

FILED IN
The Court of Appeals
Sixth District

No: 06-14-00024-CR

FEB 0 3 2015

Texarkana, Texas
Debra K. Autrey, Clerk

conflecting interest

THIS HERE ATTORENEY WOULD NOT File. THE PROPERLY ERROS ON HIS APPeal FORM AN illegal BLOOD DRAW NON ON the motion TO quAsh the indictment I am REQUESTINE. FOR AN NEW ATTorensy out of Dallas COUNTY. FOR this HERE APPeal. THIS APPellant ATTorensy are out of the Gregg County. courthouse Have PerJudice Rights on APPeaL. not ProPerely File the ERRORS iN the APPeaL RECORDS on Defendant BEHalf. REQUESTiNG FOR A NEW ATTorened oN APPeaL.

x Esaw Lampkin

RECEIVED IN
The Court of Appeals
Sixth District

FEB 0 2 2015

Texarkana, Texas
Debra Autrey, Clerk

DATe 1-22-2015

MR. LEW DUNN
APPellant Attoreney
AT P.O. Box 2226
LONGview. TEXAS 75606

From: Defendant client
ESAW LAMPKIN TDCJ# 1912325
CLements uNiT
9601 SPUR 591
Amarillo, Ta 79107    complaint

MR. LEW DUNN

(1) SiR I not truely understanding Your REASON FOR You. not ADDressing the issues. of the motion TO suPPress illegally SEized BLOOD. their. WAS A suPPression. HEARING AN A UNSIGNED. COPY OF WARRant that WAS OFFered. THE Attoreney time making additional objection to the efficacy of warrant the RECORD. which on APPeal. WAS A complete RECORD. TO base AN defence. FOR client You. intentionally AND Reckless File A False Material. of motion. to Abate APPeal. with the sixth court of APPeal False claims That to records was incomplete:

(2) SiR You can not go AFTER Trial. is oven. to Add. on A Document that you did not Have at my Force Trial. Because You. stated To the court of APPeal. That However the search. warrant AS of this Date AND not been. filed on included in the RECORDS

3 AS YOU. Are MY ATToreNeY YOU deTermine. To Agreement. With the state court of Gregg county courts That Trooper DeaN. Had A Viled. Warrant WHEN He did not in the APPellant Briefs YOU Agreement With THE state. WHEN there was Timely objection. motion File. At the motion to SuPPress HEARING. the APPeal. courts SHOUID ReView. THE False Documents it must Be Voided. AND ANY Evidence ObTaiNED

(4) AT STATE 5 RR 29. There WAS ARgument AND TestimonY. BeFore the JurY. But there WAS NEVER Produce Documents at JurY. Trial. oN JaNRaDY 30 2014. THE APPzel ATTorena Filed. To APPeal THE ERRoRS in APPellant. Briefs NoR Will the ATTorene make A correction in the BriefS.

5) I Am Having Problems With this ATTorene Not ADDressing. THE BLOOD Warrant in APPeal. NOR did He MR LEW DUNN ADDress the. motion To QuAsh The indictment HEARing on the motion To SuPPress THE Trial. ATTorene RAISED. THIS issues ATTorena LEW DUNN FOR APPellant Filed. To Properly RaiSe on APPeal PreJvidce the client Rights on APPeal

Evan Tompkins

OFFICER Trooper Dean Prepared A Written Report. of Probable cause to believe that Defendant. Esaw Lamphin had committed the offense of OWI based on A incomplete Filed sobriety. with He WAS Already UNDER ARREST For A stole Truck He iN handcuff TROOPER Dean Prepared an Affidavit For A search. warrant based. on an incomplete Field sobriety test

unDER Transportation code section 724.015 A Defendant Have A right. To REFUSE AND not voluntarily. consent to the BLOOD. test and THAT THE statute Purpordedly claims constitutional Violation SUPPRESSION Hearing Missouri V. MCNEELY 133 S. CT. 1552 (2013)

THE APPeal Courts must APPly THE Law. to the undisputed Facts. THE court APPeal. REViEW A Judge Denial of A SUPPresson motion defect ERRORS 44.2 Reversible ERRORS Constitutional if the APPellate RECORDS iN A Criminal case reveals A True Facts OF HARMELESS. TRial Judge improperly Denial of A motion To SUPPRESS

x Esaw Lamphin

RECEIVED IN
The Court of Appeals
Sixth District

FEB 0 2 2015

Texarkana, Texas
Debra Autrey, Clerk

DATE 1-22 - 2015

## STATEMENT

To: WHom it may concern in this Here court. I not understanding the Reason that Date of illegal Arnest why did the Police OFFicers when I Tried to explain that I Esaw LAMPKin WAS not DranKing AND DRiVing Nor Drunk They Force me on the video to say. THree beaRs when it was not been That where so Affaird that Night in handcuffs. Behind my back not intoxicated. Just dont so understand. WAS Hurt Bad doing A Force BLoo0 Draw shouio Hurt ARm, FRom the Needle being stuck into MY ARms so Painfull I Have disability medical Problems Have A Right To nefuse take Human Blood. Against will Push me Face down on A Hospital bed shouldrn Handcuffs undern Ducten care Wrists Hurts

x Esaw Lampkin

complaint

STATEMENT TO THE COURT OF A illegal WARRANT
THE WARRANT TO TAKE MY BLOOD. WAS not
Valid. Void no good. THE ATTORENEY
didnot Put it into MY APPeal FOR
A REVIEW on APPeal NOR ANY true
case Laws We in Agreement with
the courts Have PreJudice MY
Rights on APPeal.


SO UNFAIR AS MY ATTORENEY WOULD
not ADDress the RESuson whey the
ATTORENEY File A motion to SUPPRESS
illegally SEIZED BLOOD. THE court
clerk. NEVEN File it Properly THE
ATTORENEY MR LEW DUNN Judge of
court of Cress county didnot the
motion suppress and the motions to
qurash indrcement aswell A motion
to dismiss. APPellant Filed to Put in
APPeal. FOR A FAIR REVIEW FOR this
court of constitutional ERRORS There
is A RECORD. OF the wrongdoings

x Sean Lamphn

GREGG COUNTY JAIL - REQUEST/GRIEVANCE *Review*
(ONLY ONE REQUEST PER FORM)

NAME: _Esau Lampkin_ CELL: _M03_

PURPOSE OF FORM: (CHECK ONLY ONE)               ID#: _112494_
_____ GRIEVANCE          _X_ MEDICAL ATTENTION
_____ MEDICATION (OTHER THAN MED CALL PROBLEMS ONLY)   _____ OTHER _Physicist Docter_

REASON FOR GRIEVANCE/OTHER REQUEST/OR MEDICAL ATTENTION (IF NOT CONFIDENTIAL) – BE SPECIFIC:
_I am Requesting To See Medical. physicist Docter._
_Because. I am Haveing problem Sleeping And Because_
_of the Official Stuck A Needle in my ARM. Bending my_
_ARM Back. That All I keeping Them about And I Hurting Bad._

_Esau Lampkin_
INMATE SIGNATURE                              JAILER SIGNATURE
DATE: _8-2-2013_                        DATE: _8/2/13_      TIME: _0525_

---------------------------------------------------------------

REPLY: _Put on docter List_

_Jefferson 8-2-13_
                                                            _(2521)_

_Esau Lampkin_                          _Kamala_
INMATE SIGNATURE                              JAILER SIGNATURE
DATE: _____ TIME: _____     DATE: _8-2-13_   TIME: _1319_

*Review*

# BRANDON T. WINN

*Attorney at Law*
WINN LAW
411 West Tyler St., Gilmer, TX 75644
Phone: 903-680-9466 (WINN)   Fax: 903-215-8244

December 7, 2013

Mr. Esau Lampkin
c/o Gregg County Jail

Re: Trial Dates, Court room clothes and December 3, 6 2013, correspondence

Mr. Lampkin,

I am in receipt of your letters dated December 3, and December 6.

I am in full trial preparation mode for your two cases. Please forgive me if I do not expend a large amount of time explaining to you things that I have already explained to you.

I am saddened that they forcibly took your blood from you. This is why I filed a Motion to Suppress.

I need you to pull your head out of the sand or where ever else it may or may not be, because I know where it is not. Your head is not in winning this trial. Your head is not in being prepared. I have asked you to do some very important things for me.

**FIRST YOU MUST GET SOME COURTROOM CLOTHES.**

**SECOND YOU NEED TO PROVIDE ME WITH THE NAME OF THE PERSON WHOM ASKED YOU TO DRIVE THE TRUCK TO MARSHALL.**

Regards,                    Brandon Winn

FILED
GREGG COUNTY, TEXAS

JUL 2 2 2013

O'CLOCK_____M
BARBARA DUNCAN, DISTRICT CLERK
BY_____,DEPUTY

Docket No. _____

| THE STATE OF TEXAS | § | IN THE _____ |
|---|---|---|
| | § | IN AND FOR |
| COUNTY OF GREGG | § | GREGG COUNTY, TEXAS |

## SEARCH WARRANT

THE STATE OF TEXAS to any Sheriff or any Peace Officer of Gregg County, Texas, or any Peace Officer of the State of Texas:

WHEREAS, I have been presented an affidavit requesting issuance of a search warrant, and whereas I find that the verified facts stated by the Affiant in said affidavit show that Affiant has probable cause for the belief he/she expresses therein, and whereas I believe said affidavit properly establishes grounds for issuance of this Warrant;

NOW, THEREFORE, you are commanded to take custody of the Suspect and with the assistance of an individual qualified in the intravenous removal of human blood, you shall search for, seize and maintain as evidence the property described in said Affidavit, to-wit:  <u>Human blood from the body of the Suspect.</u>

Suspect's Name: Lumpkin, Esau _____    Sex: M  Race: B

Suspect's date of birth: 6/5/68 _____

Herein fail not, but have you then and there this warrant to be executed without delay; and upon compliance with the orders herein, make return showing you have executed same within three days of the date shown below, exclusive of the day of its issuance and return.

ISSUED on this the _____ day of _____, 20__, at _____ o'clock _____.M.. to certify which witness my hand this day.

_____
_____District Court/County Court at Law #_____
Gregg County, Texas

Rev: 08/2012

## CAUSE NO. 42,897-B

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | GREGG COUNTY, TEXAS |
| | § | |
| ESAU LAMPKIN | § | 124TH JUDICIAL DISTRICT |

## MOTION TO SUPPRESS ILLEGALLY SEIZED EVIDENCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Esau Lampkin, Defendant in the above-styled and numbered cause, and files this motion to suppress certain evidence that was obtained illegally and for cause would show the court the following:

### I.

### FACTS

A. On or about July 12, 2013 Gregg County Sheriff Deputy Joe Cassin stopped Defendant for Failure to Yield right of way.

B. Deputy Joe Cassin was backed up by Trooper Bobby Dean.

C. Trooper Dean had Defendant perform one of the three Standardized Field Sobriety Tests.

D. Trooper Dean did not request that the Defendant perform the other two Standardized Field Sobriety Tests.

E. Trooper Dean prepared an Affidavit for Search Warrant based on an incomplete Field Sobriety Test.

F. A Search Warrant was granted and signed on July 13, 2013 at 12:15 AM.

G.   The Search Warrant requires "upon compliance with the orders herein, make return showing you have executed same within three days of the date shown below, exclusive of the day of its issuance and return.

H.   Return was filed on July 22, 2013, by Trooper Dean.

I.   Trooper Dean failed to make file a return and inventory within the three days required by the face of the Search Warrant.

## II.

The Defendant moves the Court to suppress the following evidence:

A.   All tangible evidence seized on or about July 13, 2013, resulting from a blood draw from the Defendant at Good Shepherd Medical Center.

B.   All lab reports concerning the alcohol content of the blood taken from Defendant.

C.   All evidence and testimony about a blood draw, a request for a blood draw.

## III.

As grounds for this Motion the Defendant would show the Court the following:

B.   That the peace officer who requested that the Defendant submit a specimen of his breath

or blood for analysis did not have reasonable grounds to believe that the Defendant had been driving or was in actual physical control of a motor vehicle while he was intoxicated. Tex. Trans. Code §§ 524.035 and 724.042.

C.   The methodology employed by the State's witness as to the administration and

interpretation of field sobriety tests is not reliable and the scientific theory underlying the veracity of such field sobriety tests is not reliable and therefore the testimony is not relevant to the issue before the court. *Daubert v. Merrell Dow Pharms.*, 509 U.S. 579 (1993); *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999); *Kelly v. State*, 824 S.W.2d 568 (Tex. Crim. App. 1992); *Hartman v. State*, 946 S.W.2d 60 (Tex. Crim. App. 1997); *Gammill v. Jack Williams Chevrolet*, 972 S.W.2d 713 (Tex. 1998).

D.     Evidence seized in violation of the Constitution or laws of the State of Texas or the United States is not admissible against the accused. Tex. Code Crim. Proc. art. 38.23; Article 1, § 9 of the Texas Constitution; 4th Amendment to the United States Constitution.

E.     And for such other and further reasons as may appear or be urged upon hearing in this cause.

WHEREFORE, PREMISES CONSIDERED, the Defendant prays that upon hearing, that his Motion be in all things granted.

Respectfully Submitted,

_____
Brandon T. Winn
Attorney for Esau Lampkin
State Bar Number 24070866
411 West Tyler, Gilmer, Texas 75644
903-680-9466
903-215-8244 - Fax

ATTORNEY FOR DEFENDANT